TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00174-CV

Wendco Properties, Inc.; Wendco Properties; and Cavender's Boot City of Temple,

Appellants

v.

Regal Ware, Inc., Appellee

FROM THE DISTRICT COURT OF BELL COUNTY, 169TH JUDICIAL DISTRICT

NO. 162,063, HONORABLE SUE BARTON LYKES, JUDGE PRESIDING 

PER CURIAM

 The parties have filed a joint motion for dismissal of the appeal. We grant the
motion and dismiss the appeal.

Before Justices Jones, Yeakel and Patterson

Dismissed on Joint Motion

Filed: August 31, 2000

Do Not Publish